JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
HORTONWORKS, INC.,
ROBERT G. BEARDEN,
AND SCOTT J. DAVIDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MONACHELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HORTONWORKS, INC., ROBERT G. BEARDEN, AND SCOTT J. DAVIDSON,<br><br>Defendants. | Case No.   3:16-cv-00980-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:            Hon. Susan Illston<br>Ctrm:             1 – 17th Floor<br>Complaint Filed: Feb. 29, 2016<br>Trial Date:       None Set |

1  This Stipulation is entered into between Defendants Hortonworks, Inc., Robert J. Bearden, and Scott J. Davidson ("Defendants") and Plaintiff William Monachelli ("Plaintiff" and collectively, with Defendants, the "Parties").

WHEREAS, Plaintiff filed a Complaint for Violation of the Federal Securities Laws in this action on February 29, 2016 ("the Complaint");

WHEREAS, Defendants waived service of the Summons and the Complaint in this action on March 29, 2016;

WHEREAS, as a federal securities class action governed by the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, Defendants maintain that this action is subject to a mandatory stay of all discovery and other proceedings pending determination of a motion to dismiss;

WHEREAS, motions for appointment as Lead Plaintiff and approval of Lead Counsel for the putative Class in this action pursuant to the PSLRA are due to be filed on April 29, 2016;

WHEREAS, Defendants' responses to the Complaint are currently due to be filed on April 29, 2016;

WHEREAS, the Parties anticipate that after the Court appoints a Lead Plaintiff, Lead Plaintiff will file an Amended Complaint;

WHEREAS, the Parties anticipate that Defendants will move to dismiss Lead Plaintiff's Amended Complaint;

WHEREAS, the Court has scheduled a Case Management Conference ("CMC") in this action for June 17, 2016 at 2:30 p.m. (Dkt. No. 7);

WHEREAS, the Parties believe it would save judicial and Party resources if Defendants' obligation to answer or otherwise respond to the Complaint is stayed until after this Court has appointed a Lead Plaintiff and approved Lead Plaintiff's selection of Lead Counsel for the Class and after an Amended Complaint, if any, has been filed by Lead Plaintiff;

WHEREAS, there have been no previous requests for time modifications in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties that:

STIP AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-00980-SI
sf-3645123

1

1. Defendants expressly reserve all rights, defenses, and or other objections to the Complaint, except insufficient service of process;

2. Defendants need not answer or otherwise respond to the Complaint in this action except as specified herein;

3. Within twenty (20) days after this Court appoints a Lead Plaintiff, the Lead Plaintiff and Defendants will submit to the Court a proposed schedule for (i) Lead Plaintiff's filing of an Amended Complaint or designation of the Complaint as the operative complaint in this action; (ii) Defendants' time to answer or otherwise respond to the operative complaint; (iii) Lead Plaintiff's time to respond to any motion to dismiss; and (iv) Defendants' time to reply with respect to the same.

4. The Initial Case Management Conference shall be rescheduled to September 16, 2016 at 2:30 pm or at such subsequent date and time that is convenient for the Court.

STIP AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-00980-SI
sf-3645123

2

| | | |
|---|---|---|
| 1 | Dated: April 26, 2016 | **MORRISON & FOERSTER LLP** |
| 2 | | */s/Ryan M. Keats* |
| 3 | | Jordan Eth<br>Anna Erickson White |
| 4 | | Ryan M. Keats<br>425 Market Street |
| 5 | | San Francisco, CA 94105<br>Telephone: 415-268-7000 |
| 6 | | Facsimile:  415-268-7522 |
| 7 | | *Counsel for Defendants*<br>HORTONWORKS, INC., |
| 8 | | ROBERT G. BEARDEN,<br>AND SCOTT J. DAVIDSON |
| 9 | | |
| 10 | | **POMERANTZ  LLP** |
| 11 | Dated: April 26, 2016 | */s/J. Alexander Hood II*<br>Jeremy A. Lieberman (*Pro Hac Vice*) |
| 12 | | Matthew Laurence Tuccillo (*Pro Hac Vice*)<br>J. Alexander Hood II (*Pro Hac Vice*) |
| 13 | | 600 Third Avenue, 20th Floor<br>New York, New York 10016 |
| 14 | | Telephone: 212-661-1100<br>Facsimile:  212-661-8665 |
| 15 | | **POMERANTZ LLP** |
| 16 | | Jennifer Pafiti (SBN 282790)<br>468 North Camden Drive |
| 17 | | Beverly Hills, CA 90210<br>Telephone:     (818) 532-6499 |
| 18 | | E-mail: jpafiti@pomlaw.com |
| 19 | | *Counsel for Plaintiff* |

STIP AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-00980-SI
sf-3645123

3

ATTESTATION

I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**. In compliance with Civil L.R. 5-1, I hereby attest that J. Alexander Hood II concurred in this filing.

*/s/Ryan M. Keats*
Ryan M. Keats

STIP AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-00980-SI
sf-3645123

4

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The June 17, 2016 CMC shall be rescheduled to September 16, 2016, at 2:30 p.m.

DATED: 4/27/16

*Susan Illston*

Honorable Judge Susan Illston

STIP AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-00980-SI
sf-3645123

1