JORDAN ETH (BAR NO. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (BAR NO. 161385)
Email: AWhite@mofo.com
RYAN M. KEATS (BAR NO. 296463)
Email: RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
HORTONWORKS, INC.,
ROBERT G. BEARDEN,
and SCOTT J. DAVIDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAM MONACHELLI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

HORTONWORKS, INC., ROBERT G. BEARDEN, and SCOTT J. DAVIDSON,

Defendants.

Case No. 3:16-cv-00980-SI

**STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER**

Judge: Hon. Susan Illston
Complaint Filed: Feb. 29, 2016
Trial Date: None set

Pursuant to Civil Local Rule 7-12, Defendants Hortonworks, Inc., Robert G. Bearden, and Scott J. Davidson ("Defendants"), Lead Plaintiff Randall A. Arvidson, and original Plaintiff William Monachelli (together the "Plaintiffs" and collectively, with Defendants, the "Parties"), by and through their undersigned counsel of record, submit the following Stipulation and Proposed Scheduling Order:

WHEREAS, the Court scheduled a Case Management Conference ("CMC") in this action for June 17, 2016 at 2:30 p.m. (Dkt. No. 7);

WHEREAS, on April 27, 2016, the Court entered an order (Dkt. No. 19) approving the Parties' joint stipulation to reschedule the June 17, 2016 CMC to September 16, 2016 and extending Defendants' time to respond to the complaint, providing that, "Within twenty (20) days after this Court appoints a Lead Plaintiff, the Lead Plaintiff and Defendants will submit to the Court a proposed schedule for (i) Lead Plaintiff's filing of an Amended Complaint or designation of the Complaint as the operative complaint in this action; (ii) Defendants' time to answer or otherwise respond to the operative complaint; (iii) Lead Plaintiff's time to respond to any motion to dismiss; and (iv) Defendants' time to reply with respect to the same.";

WHEREAS, on June 1, 2016, the Court issued a written order granting Randall A. Arvidson's unopposed motion seeking his appointment as Lead Plaintiff and granting his motion for appointment of Pomerantz LLP as Lead Counsel. (Dkt No. 39);

WHEREAS, the Parties have met and conferred and agreed as to a proposed schedule for the filing of an amended complaint and for briefing Defendants' anticipated motion to dismiss and further agreed that it would save judicial and Party resources if the CMC is deferred until after the Court rules on such motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties that:

1. Lead Plaintiff shall file an amended complaint no later than July 28, 2016;

2. Defendants' motion to dismiss the amended complaint shall be filed on or before September 12, 2016;

3. Lead Plaintiff's opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before October 27, 2016;

4. Defendants' reply in support of their motion to dismiss shall be filed on or before November 17, 2016;

5. The hearing on Defendants' motion to dismiss shall be scheduled for December 9, 2016 at 9:00 a.m., or such subsequent date that is convenient for the Court;

6. The CMC shall be rescheduled to February 24, 2017 at 2:30 p.m., or such subsequent date that is convenient for the Court, in Courtroom # 1, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. In accordance with this Court's Standing Order (Dkt No. 7-2) ¶7, the parties hereto stipulate and agree that their counsel may appear at the CMC telephonically.

Dated: June 21, 2016

**MORRISON & FOERSTER LLP**

*/s/Ryan M. Keats*

Jordan Eth
Anna Erickson White
Ryan M. Keats
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Counsel for Defendants*
HORTONWORKS, INC.,
ROBERT G. BEARDEN,
and SCOTT J. DAVIDSON

Dated: June 21, 2016

**POMERANTZ LLP**

*/s/ Matthew Tuccillo*

Jeremy A. Lieberman (*Pro Hac Vice*)
Matthew L. Tuccillo (*Pro Hac Vice*)
J. Alexander Hood II (*Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Lead Plaintiff shall file an amended complaint no later than July 28, 2016;

2. Defendants' motion to dismiss the amended complaint shall be filed on or before September 12, 2016;

3. Plaintiff's opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before October 27, 2016;

4. Defendants' reply in support of their motion to dismiss shall be filed on or before November 17, 2016;

5. The hearing on Defendants' motion to dismiss shall be scheduled for December 9, 2016 at 9:00 a.m., or such subsequent date that is convenient for the Court;

6. The CMC shall be rescheduled to February 24, 2017 at 2:30 p.m., or such subsequent date that is convenient for the Court. In accordance with this Court's Standing Order (Dkt No. 7-2) ¶7, the parties' counsel may appear at the CMC telephonically.

DATED: 6/22/16

Susan Illston
Honorable Judge Susan Illston

**ATTESTATION**

I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] SCHEDULING ORDER**. In compliance with Civil L.R. 5-1, I hereby attest that Matthew Tuccillo concurred in this filing.

/s/ *Ryan M. Keats*