UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/28/17 | **Time:** 31 MINUTES | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 16-cv-00980-SI | **Case Name:** William Monachelli v. Hortonworks, Inc, et al. | |

**Attorney for Plaintiff:** Matthew Tuccillo
**Attorney for Defendant:** Philip Besirof, Ryan Keats

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Pam Batalo

## PROCEEDINGS

1)      Motion for Settlement [59] - held

Order to be prepared by:  (  )Pltf    (  )Deft    ( x )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
(x ) SUBMITTED

Case continued to __ @ **3:00 p.m.** for Further Case Management Conference

Case continued to __ @ **9:00 a.m.**   for Motions
(Motion due:  , Opposition:  , Reply:  )

Case continued to __ @ **3:30 p.m.**  for Pretrial Conference

Case continued to __ @ **8:30 a.m.**  for  Trial  (   Days)
Discovery Cutoff:  , Designate Experts by:  ,
Rebuttal Experts:  , Expert Discovery Cutoff:


 **SUMMARY:**
Counsel shall submit amended documents as stated on the record.