UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MONACHELLI and RANDALL A. ARVIDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HORTONWORKS, INC., ROBERT G. BEARDEN, and SCOTT J. DAVIDSON,<br><br>Defendants. | Case No. 3:16-cv-00980-SI<br><br>**Class Action**<br><br>[~~PROPOSED~~] ORDER REGARDING PLAN OF ALLOCATION, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND PLAINTIFF COMPENSATORY AWARDS<br><br>The Hon. Susan Illston |

On the 22nd day of Sept, 2017, a hearing having been held before this Court to determine, among other things: (1) whether the terms and conditions of the Stipulation and Agreement of Settlement dated May 24, 2017 (the "Stipulation") are fair, reasonable, and adequate for the settlement of all claims asserted by the Settlement Class against Hortonworks, Inc. ("Hortonworks"), Robert G. Bearden, and Scott J. Davidson (collectively, the "Settling Defendants") as a settlement of this litigation (the "Settlement"); (2) whether to approve the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among the Settlement Class Members; and (3) whether to approve Plaintiffs' application to the Court for an award of attorneys' fees, reimbursement of expenses, and compensatory awards for the Plaintiffs; and

The Court having considered all matters submitted to it at the hearing and otherwise; and

It appearing that the Notice substantially in the form approved by the Court in the Court's Order Preliminarily Approval of Settlement ("Preliminary Approval Order") was mailed to all reasonably identifiable potential Settlement Class Members; and

It appearing that the Summary Notice substantially in the form approved by the Court in the Preliminary Approval Order was published in accordance with the Preliminary Approval Order and the specifications of the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Unless indicated otherwise, capitalized terms used herein have the same meanings defined in the Stipulation.

2. The Court has jurisdiction over the subject matter of the Action, Plaintiffs, all Settlement Class Members, and the Settling Defendants.

3. This Order addresses matters not otherwise addressed in the Court's Order and Final Judgment contemporaneously entered in the Action.

4. Plaintiffs' counsel are awarded attorneys' fees in the amount of $308,000.00 and expenses in the amount of $27,719.70, such amounts to be paid from out of the Gross Settlement Fund ten (10) calendar days following the entry of this Order. In the event that the Court's Judgment does not become Final, and any portion of the Fee and Expense Award has already been paid from the Settlement Fund, Lead Counsel shall within ten (10) business days from the event which precludes the Effective Date from occurring or the termination of the Stipulation, refund the Settlement Fund the Fee and Expense Award paid to Lead Counsel.

5. Plaintiffs are each awarded the sum of $750.00, as reasonable costs and expenses directly relating to the representation of the Settlement Class as provided in 15 U.S.C. § 78u-4(a)(4), such amounts to be paid from the Gross Settlement Fund upon the Effective Date of the Settlement.

6. The Court hereby finds that the proposed Plan of Allocation is a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members.

Dated: __October 10__, 2017

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE