UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MONACHELLI,<br>Plaintiff,<br>v.<br>HORTONWORKS, INC, et al.,<br>Defendants. | Case No. 16-cv-00980-SI<br><br>**ORDER FOR STATUS UPDATES** |

On September 22, 2017, the Court held a hearing on final approval of the class action settlement in this case. The Court granted final approval of the settlement on October 10, 2017. Dkt. No. 81. In light of the discussion with counsel on the record at the final approval hearing, the Court hereby ORDERS as follows:

(1) Plaintiffs shall provide status reports every sixty days, starting from the date of this Order, to update the Court on the number of claims received, the number of claims excluded, the anticipated average pay-out per claim, and when plaintiffs' counsel expect to be able to file a motion for final distribution.

(2) Plaintiffs shall file a motion for final distribution once the claims process has concluded. The motion shall include the number of claims made, the number of claims excluded, the average pay-out per claim, and any request to include late filed claims.

**IT IS SO ORDERED**.

Dated: October 10, 2017

_____
SUSAN ILLSTON
United States District Judge